UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBRA C.,

                Plaintiff,

v.

NANCY A. BERRYHILL,

                Defendant.

Case No. C17-5768JLR

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the report and recommendation (Dkt. # 16) of United States Magistrate Judge J. Richard Creatura. Neither party filed an objection to the report and recommendation. (*See generally* Dkt.) The court has carefully examined the report and recommendation, the administrative record, all other relevant documents, and the governing law.

Based on the foregoing, the court hereby ORDERS:

(1)     The court ADOPTS the report and recommendation.

(2)     The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

//

ORDER - 1

1  (3) JUDGMENT is for Plaintiff and the case should be closed.

2  (4) The Clerk is directed to send copies of this order to counsel of record.

3  DATED this 16th day of November, 2018.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2